UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Scott Johnson,

    Plaintiff,

  v.

Donald Pilolla;
Patricia Pilolla;
Anthony Felice, in his individual and representative capacity as Trustee--Felice Family Living Trust; Adrian Felice, in her individual and representative capacity as Trustee--Felice Family Living Trust; and Does 1-10,

    Defendants.

Case: 2:14-CV-00687-MCE-AC

**STIPULATION FOR DISMISSAL PURSUANT TO Fed. R. Civ. P. 41 (a) (1); ORDER**

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 20, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1

Stipulation for Dismissal    Case: 2:14-CV-00687-MCE-AC